```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Miguel Angel Gonzalez Ramirez,                           :
                                                         :
                                                         :
                  Plaintiff,                             :     19-cv-00563 (AT) (KHP)
                                                         :
                                                         :
       -against-                                         :     **ORDER SCHEDULING**
                                                         :     **HEARING FOR**
Devoe Grocery Store Inc. et al,                          :     **DAMAGES INQUEST**
                                                         :
                                                         :
                  Defendants.                            :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

A damages inquest hearing is hereby scheduled for **June 22, 2020 at 2:00 p.m.** The parties are directed to dial Judge Parker's AT&T bridge line, as listed on her Individual Practices Page in the COVID-19 procedures. *See* https://www.nysd.uscourts.gov/hon-katharine-h-parker. Plaintiffs shall serve a copy of this order on Defendants, as well as any documents not yet served on Defendants, including Docket Numbers 58-60, by no later than **June 12, 2020**. Service shall be effectuated through both mail and personal service, and proof of service shall be filed on the docket by no later than **June 15, 2020**. Defendants shall have until **June 21, 2020** to oppose Plaintiffs' Motion for Damages, and must file such opposition with the Court and serve the opposition on Plaintiffs' counsel.

SO ORDERED

Dated:   New York, New York
         June 8, 2020

                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge