UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ANGEL GONZALEZ RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

DEVOE GROCERY STORE INC. (D/B/A DEVOE GROCERY STORE), GENESIS GROCERY STORE INC. (D/B/A GENESIS GROCERY STORE), JUAN C VALDEZ, FRANCIS S NUNEZ VARGAS (A.K.A. NUNEZVAGGAS), and NINO DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020

19 Civ. 563 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    On November 25, 2019, the Court granted Plaintiff's motion for a default judgment, and referred the matter to the Honorable Katharine H. Parker for a damages inquest. ECF No. 57. On July 20, 2020, Judge Parker issued a Report and Recommendation (the "R&R) recommending an award of damages as follows:

- $97,762.96 for unpaid minimum wage and overtime pay under the New York Labor Law ("NYLL") ) §§ 190 and 650 *et seq.*;
- $5,790.00 for unpaid spread of hours pay under the NYLL;
- $103,552.96 in liquidated damages under the NYLL;
- $10,000.00 in statutory damages for violations of the NYLL's wage notice and wage statement requirements;
- $34,768.71 in pre-judgment interest under the NYLL;
- $6,295.00 in attorneys' fees;
- $560.00 in costs; and
- Post-judgment interest pursuant to 28 U.S.C. § 1961.

R&R at 35, ECF No. 74.

    The R&R was served on Defendants by personal service on July 23, 2020, and July 24, 2020. ECF Nos. 75–79. Having received no objections to the R&R, the Court reviewed it for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety.

    Accordingly, it is ORDERED that judgment is entered as follows. Defendants are jointly and severally liable to Plaintiff in the amount of $217,105.92 in damages, $34,768.71 in pre-judgment interest, $6,295.00 in attorney's fees, and $560.00 in costs, for a total award of $258,729.63, plus post-judgment interest as provided in 28 U.S.C. § 1961.

The Clerk of Court is directed to enter judgment as stated above, and close the case.

SO ORDERED.

Dated: October 2, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge