**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIGUEL ANGEL GONZALEZ RAMIREZ,
individually and on behalf of all others similarly
situated,

                Plaintiff,                        19 **CIVIL** 563 (AT)(KHP)

        -against-                           **JUDGMENT**

DEVOE GROCERY STORE INC. (D/B/A DEVOE
GROCERY STORE), GENESIS GROCERY STORE
INC. (D/B/A GENESIS GROCERY STORE), JUAN C
VALDEZ, FRANCIS S NUNEZ VARGAS (A.K.A.
NUNEZVAGGAS), and NINO DOE,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2020, Defendants are jointly and severally liable to Plaintiff in the amount of $217,105.92 in damages, $34,768.71 in prejudgment interest, $6,295.00 in attorney's fees, and $560.00 in costs, for a total award of $258,729.63, plus post-judgment interest as provided in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          October 2, 2020

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**   *K. Mango*
                                                **Deputy Clerk**